IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIMINAL NO. 3:94-CR-65-2BO
CIVIL NO. 5:15-CV-185-BO

NORMAN HARRINGTON WILSON, )
)
Petitioner, )
) ORDER
v. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )

The papers in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(X) The filing entitled "Motion under 22 U.S.C. 2255 to vacate, set aside or correct sentence by a person in federal custody" **was not signed** or did not have an original signature.

( ) Other:

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 3uv day of Oc{ 2015.

_____
Kimberly Swank
United States Magistrate Judge