IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 3:94-CR-65-BO-2
NO. 5:15-CV-185-BO

| | |
|---|---|
| NORMAN HARRINGTON WILSON,<br>Petitioner, | )<br>)<br>) |
| v. | )    **ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>) |

In light of the government's motion to reconsider and the arguments set forth therein, the Office of the Federal Public Defender is hereby appointed as counsel for petitioner to assess the validity of the claims set forth by petitioner in his motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [DE 602, 605, 607]. Counsel for petitioner is DIRECTED to file a response to the government's motion to reconsider within 20 days of the date of this Order.

SO ORDERED this ___8___ day of December, 2015.

                                          TERRENCE W. BOYLE
                                          UNITED STATES DISTRICT JUDGE